AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| DAHANE ELLALA<br>*Plaintiff*<br>FIELD OFFICE DIRECTOR OF AND REMOVAL<br>OPERATIONS, DETROIT FIELD OFFICE, et al.,<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>) |

Civil Action No.  1:26-cv-70

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐  the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____

☑  other:  The Court DISMISSES WITHOUT PREJUDICE Ellala's Petition (Doc. 1) to allow him to administratively exhaust his claim.

This action was *(check one)*:

☐  tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐  tried by Judge _____ without a jury and the above decision was reached.

☑  decided by Judge  Douglas R. Cole _____ .

Date:  2/24/26 _____

CLERK OF COURT

*Melissa Saddler*

Signature of Clerk or Deputy Clerk